## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  15-cv-00971-REB-KMT

RON MEAD, and
VICKI MEAD,

      Plaintiffs,

v.

AMERICAN FAMILY INSURANCE, and
OCWEN LOAN SERVICING, LLC,

      Defendants.

## ORDER DISMISSING AMERICAN FAMILY INSURANCE

**Blackburn, J.**

The matter is before me on **Defendant American Family Mutual Insurance Company's Stipulated Motion for Dismissal with Prejudice** [#46][1] filed November 20, 2015.  After careful review of the motion the and file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Defendant American Family Mutual Insurance Company's Stipulated Motion for Dismissal with Prejudice** is granted;

2.  That plaintiffs' claims against defendant, American Family Insurance, are dismissed with prejudice, with the affected parties to pay their own attorney fees and costs; and

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That defendant, American Family Insurance, is dropped as a party to this action, and the caption shall be amended accordingly.

Dated November 20, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge