# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-00971-REB-KMT

RON MEAD and VICKI MEAD,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter before me is **Plaintiffs' Belated Status Report Regarding Settlement Payment By Ocwen Loan Services and Unopposed Request for Continued Stay** [#48],[2] filed December 24, 2015.  Having reviewed the motion and being adequately advised of the premises, the court finds and concludes that the motion is well-taken and should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Plaintiffs' Belated Status Report Regarding Settlement Payment By Ocwen Loan Services and Unopposed Request for Continued Stay** [#48], filed December 24, is granted;

    2.  That the extant stay in this matter is continued pending further order of the court; and

    3.  That the parties shall file their dismissal documents, or in the alternative, a further status report, on or before January 13, 2016.

    Dated: December 28, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.