**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00971-REB-KMT

RON MEAD and VICKI MEAD,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Defendant Ocwen Loan Servicing, LLC With Prejudice** [#50],[1] filed January 10, 2016.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendant Ocwen Loan Servicing, LLC With Prejudice** [#50], filed January 10, 2016, is granted;

2.  That the combined Final Pretrial Conference/Trial Preparation Conference scheduled for September 30, 2016, at 11:00 a.m., and the trial scheduled to commence on October 17, 2016, are vacated;

---

[1] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That all pretrial deadlines are vacated;

4.  That any pending motion is denied as moot; and

5. That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

Dated January 11, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge